IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL FRANCIS REED ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-11-1396-C |
| ) | |
| POTTAWATOMIE COUNTY PUBLIC ) | |
| SAFETY CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on June 1, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 15) is adopted and Plaintiff's civil rights complaint is dismissed, without prejudice, for failure to comply with the Court's orders and failure to prosecute.

IT IS SO ORDERED this 26th day of July, 2012.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge